UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERIC KIRMER**                                                                 **CIVIL ACTION**

**VERSUS**                                                                          **NO: 11-069**

**GOODYEAR TIRE & RUBBER CO.**                                     **SECTION "C"(2)**

## ORDER

The Court, having considered the Motion for Attorneys Fees filed by Plaintiff Eric Kirmer (Rec. Doc. 117), the record, the applicable law, and the Magistrate Judge's Report and Recommendation (Rec. Doc. 123), and the failure of Plaintiff to file any objections to the Report and Recommendation, hereby approves of the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's Motion is DISMISSED WITHOUT PREJUDICE as premature. (Rec. Doc. 117).

New Orleans, Louisiana, this 2nd day of July, 2012.

HELEN G. BERRIGAN
UNITED STATED DISTRICT JUDGE

1